**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CLINT PHILLIPS, III, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:25-cv-01760-SEP |
| UNITED STATES, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Before the Court is self-represented Plaintiff Clint Phillips, III's Civil Complaint, Doc. [1], filed on December 2, 2025. Plaintiff is a frequent pro se litigant in this Court. Despite this, he instituted this action without paying the required filing fee of $405 or filing a motion seeking leave to proceed *in forma pauperis*. *See* Local Rule 2.01(B). Plaintiff must, within 14 days of the date of this Order, either pay the full filing fee or file a complete Application to Proceed in District Court Without Prepaying Fees or Costs. His failure to do so will result in dismissal of this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that within 14 days of the date of this Order, Plaintiff Clint Phillips, III, must either pay the $405 filing fee or file a complete Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to Plaintiff a copy of the form Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that Plaintiff's failure to timely comply with this Order will result in a dismissal of this action without prejudice and without further notice.

Dated this 11th day of December, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE